

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00312-CR

LINDSI K. HUDNALL                                                        APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Motion To Dismiss Appeal" filed by appellant Lindsi K. Hudnall, pro se. The motion is signed by appellant. *See* Tex. R. App. P. 42.2(a) (requiring signature of appellant and attorney on motion to dismiss). [2]

---

[1]*See* Tex. R. App. P. 47.4.

[2]Further, the trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(d), 43.2(f).

No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 9, 2012